UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILLIP JOSEPH JOHNSON,

    Plaintiff,

    v.

WILSON, *et al.*,

    Defendants.

Case No.  1:23-cv-00580-FJS (PC)

ORDER STRIKING UNSIGNED SECOND AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE A SIGNED SECOND AMENDED COMPLAINT

(ECF No. 22)

**THIRTY (30) DAY DEADLINE**

Plaintiff Phillip Joseph Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On March 4, 2026, the Court screened the first amended complaint and granted Plaintiff leave to file a second amended complaint curing the identified deficiencies, or to file a notice of voluntary dismissal.  (ECF No. 20.)

Currently before the Court is Plaintiff's second amended complaint, filed March 26, 2026. (ECF No. 22.)  In preparing to screen the second amended complaint pursuant to 28 U.S.C. § 1915A(a), the Court notes that the document appears to be missing pages, as it is only five pages in length and is missing the page that would include Plaintiff's signature.  (*See* ECF No. 22.)

///

1

Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's second amended complaint is unsigned, the Court must strike it from the record. Plaintiff will be permitted an opportunity to file a signed complaint that complies with the Federal Rules of Civil Procedure and the Local Rules.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's second amended complaint, filed March 26, 2026, (ECF No. 22), is STRICKEN from the record for lack of signature;

2. The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a **signed** second amended complaint curing the deficiencies identified by the Court's March 4, 2026, screening order, (ECF No. 20), or a notice of voluntary dismissal; and

4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.**

IT IS SO ORDERED.

Dated:   **March 27, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2